# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**ARELIOUS R. REED**

    Plaintiff-Appellant,

                      United States Court of Appeals
                          for The Ninth Circuit
                    Case No. 22-55837

                             United States District Court
                            Central District of California
                    Case No. 2:21- cv- 07545-JVS-MRW

V.

**WELLS FARGO BANK, N.A. DBA**

Wells Fargo Dealer Services, Inc.,

    Defendant-Appellee's.

---

Appeal from the United States District Court

For the Central District of California

---

**ARELIOUS REED REQUEST FOR PUBLICATION PURSUANT TO UNITED STATES COURT OF APPEALS FOR THE 9TH CIRCUIT LOCAL RULE 36-4**

---

*A. Reed*

Hon. Justice Sidney R. Thomas

Hon. A. Wallace Tashima

Hon. Danielle J. Forrest

The James R. Browning Courthouse

95 7th Street,

San Francisco, CA 94103


Re: Arelious Reed v. Wells Fargo Bank, N.A., DBA Wells Fargo Dealer Services, Inc. (Case No. 22-55837)


August 28, 2023


Dear Honorable Justices:

Pursuant to the United States Court of Appeals for the Ninth Circuit Appellate Local Rules 36-4, I write to request that the Court order the slip opinion issued in Arelious Reed v. Wells Fargo Bank, N.A., DBA Wells Fargo Dealer Services, Inc. (Case No. 22-55837) be certified for publication.

As a miner in the State of California, I have a keen interest in establishing that federal mining laws under Title 30 U.S.C. impose substantive limits on the power of the State of California to regulate my activities on federal land.

Publication is appropriate because this opinion establishes a rule of law not previously set forth in California opinions, though established in federal court cases, and involves a legal issue of continuing public interest. There are numerous ongoing lawsuits in California concerning the scope of the State's regulatory

powers over mining on federal land, and the absence of California precedent has caused increased costs and delay for litigants and the State.

Thank you for your consideration of this request.

Sincerely,

Arelious Reed 1515 Fort Street Unit 96 Lincoln Park, MI 48146

PROOF OF SERVICE

X *A. Reed*

Plaintiff-Appellant Arelious Reed

On August 28, 2023, I served the attached letter requesting publication in this action by filing with the United States Court of Appeals for The Ninth Circuit and the United States District Court Central District of California Clerks of Court by E-FILE & SERVE with all attachments, addressed to the parties appearing in this action as identified in the caption herein. Placing true copies thereof in sealed envelopes and mailing them by Certified First Class mail, postage prepaid, addressed to:

Hon. Justice Sidney R. Thomas

Hon. A. Wallace Tashima

Hon. Danielle J. Forrest

The James R. Browning Courthouse

95 7th Street,

San Francisco, CA 94103

Defendant-Appellee's

MCGUIREWOODS LLP

Attorney Jenny Yi (SBN 314540)

Two Embarcadero Center Suite 1300

San Francisco, CA 94111-3821

Email: jyi@mcguirewoods.com

Attorneys for the Defendant-Appellee WELLS FARGO BANK, N.A. D/B/A Well Fargo Dealer Services, Inc.,

United States District Court for the Central District of California

Trial Court Judge/Tribunal Hon. James V. Selna Courtroom 10C

Santa Ana Courthouse-411 West Fourth Street,

Santa Ana, CA 92701.

Molly C. Dwyer, Clerk of Court

The James R. Browning Courthouse

95 7th Street,

San Francisco, CA 94103

The Clerk's Office of Appeals

I declare under penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct. Executed on August 28, 2023, at 12:40 p.m. (EST).

X *A. Reed* .

Plaintiff-Appellant Arelious Reed